UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: International Judicial Assistance in:<br><br>ALICIA ESTELA VILASETRU,<br><br>                      Plaintiff,<br><br>    v.<br><br>DESPEGAR.COM.AR.,<br><br>                      Defendant. | CASE NO. 2:22-mc-00107-RSL<br><br>ORDER APPOINTING COMMISSIONER UNDER 28 U.S.C. § 1782 |

Upon application of the United States of America, on behalf of the National First Instance Court in Commercial Matters No. 18, Clerk Office No. 36, in and for the city of Buenos Aires, Argentina, seeking information from Expedia who resides within the jurisdiction of this Court, for use in a judicial proceeding in Argentina and the Court having read the Letter of Request (Exhibit A to the Declaration of Nickolas Bohl, Dkt. 1-2), from Valeria Perez Casado, National Judge sitting in National First Instance Court in Commercial Matters No. 18, Clerk Office No. 36, in and for the city of Buenos Aires, Argentina, and being fully informed in the premises, it is hereby

ORDERED, under the authority contained in 28 U.S.C. § 1782 that Nickolas Bohl, Assistant United States Attorney for the Western District of Washington, is hereby appointed as

ORDER APPOINTING COMMISSIONER
PURSUANT TO 28 U.S.C.§ 1782(a) - 1
CASE NO. 2:22-mc-00107-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Commissioner to take such steps as are necessary to obtain information from Expedia in conformity with the legally permissible portions of the Letter of Request (as set forth in Exhibit A to the Declaration of Bohl, Dkt. 1-2), to certify the information provided by Expedia in response thereto, to submit such answers to the United States Attorney for the Western District of Washington for transmission to the Office of International Judicial Assistance, United States Department of Justice, and to do all else that may be necessary for the accomplishment of the purpose of this Order.

Dated this 19th day of December, 2022.

*[signature]*
ROBERT S. LASNIK
United States District Court Judge

Presented by:

NICHOLAS W. BROWN
United States Attorney

*s/ Nickolas Bohl*
NICKOLAS BOHL, WSBA NO. 48978
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: nickolas.bohl@usdoj.gov

ORDER APPOINTING COMMISSIONER
PURSUANT TO 28 U.S.C.§ 1782(a) - 2
CASE NO. 2:22-mc-00107-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970